UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6105

FRED SHORES, JR.,

Plaintiff - Appellant,

versus

WILLIAM ONEAL RHOADES; JAMES METTS, High
Sheriff; ONE DOE DEFENDANT DETECTIVE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  William B. Traxler, Jr., District
Judge. (CA-94-1704-6-21-AK)

Submitted:  July 25, 1996              Decided:  August 7, 1996

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

Fred Shores, Jr., Appellant Pro Se.  Wilburn Brewer, Jr., Thomas
C.R. Legare, Jr., NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have scrutinized the record and the district court's opinion reviewing the magistrate judge's recommendation, granting summary judgment in favor of two of the defendants, dismissing without prejudice Defendant Rhoades, and denying Appellant's post-judgment motions. Our examination reveals no reversible error. Accordingly, we affirm on the reasoning of the district court. Shores v. Rhoades, No. CA-94-1704-6-21-AK (D.S.C. Jan. 5, 1996). To the extent that Appellant seeks to appeal the district court's order dismissing without prejudice Defendant Rhoades, that order is not appealable because the defect upon which the dismissal was based could be cured by amending the complaint. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993). Accordingly, this Court does not have jurisdiction over this portion of the appeal and it must be dismissed. We deny Appellant's motion to remand and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART